IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01186-WYD-BNB

VINCENT MACIEYOVSKI,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, DEPARTMENT OF GENERAL SERVICES,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Complaint** [docket no. 9, filed August 6, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Second Amended Complaint for filing.


DATED:  August 7, 2013