IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-01186-WYD-BNB

VINCENT MACIEYOVSKI,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on Magistrate Judge Boland's Final Pretrial Order [ECF No. 25].  Upon review of the Final Pretrial Order, I find that this case is ripe for a trial setting.  Accordingly, it is

    ORDERED that a three-day jury trial shall commence on **Monday, April 13, 2015 at 9:00 a.m. in Courtroom A-1002**.  It is

    FURTHER ORDERED that a Trial Preparation Conference is set for **Thursday, March 19, 2015 at 10:00 a.m. in Courtroom A-1002**.

    The parties are reminded to comply with all directives and timelines regarding trial preparation set forth in my PRACTICE STANDARDS.

    Dated:  May 29, 2014.

                                BY THE COURT:

                                /s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior U. S. District Judge